■ QCSB REALTY CORP. et al., Respondents, v PAUL BALME et al., Appellants.—Order, Supreme Court, New York County (Martin Stecher, J.), entered on September 15, 1986, and judgment of said court entered thereon on September 24,

1986, unanimously affirmed for the reasons stated by Martin Stecher, J. Respondents shall recover of appellants one bill of $75 costs and disbursements of these appeals. Concur—Sullivan, J. P., Ross, Carro, Ellerin and Smith, JJ.